FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2019

SEAN F. McAVOY, CLERK

# PENALTY SLIP

**DEFENDANT NAME: JOSE MARIA LOPEZ ORDUNO**

TOTAL NO. COUNTS: **1**

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine

**PENALTY:** CAG not less than 5 years and no more 40 years;
and/or $5,000,000 fine;
not less than 4 years nor more than life supervised release;
a $100 special penalty assessment;
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

CASE NO.   4:19-mj-07168-MKD

AUSA INITIAL   SAV