# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Yakima

**USA v. JOSE MARIA LOPEZ ORDUNO**          **Case No.  4:19-MJ-7168-MKD-1**

Yakima Video Conference (JTR @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Initial Appearance on Complaint:**          **12/20/2019**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Stephanie Van Marter, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Alex B. Hernandez, III, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | ☒ | Interpreter – Cristina Perez Lopez |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:** | **Preliminary Hrg:** |
|---|---|
| **12/27/2019 @ 10:00 a.m. [Y/MKD]** | **12/27/2019 @ 10:00 a.m. [Y/MKD]** |