FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSE MARIA LOPEZ ORDUNO,<br>Defendant's Printed Name. | No. 4:19-MJ-7168-MKD<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - CRIMINAL COMPLAINT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Criminal Complaint;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge. I am entitled to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a bail hearing, if I am in custody;

7. My right to have a preliminary hearing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

8. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_Cristina Perez Lopez_ (signature)    Date: 12-20-19
**Interpreter Signature**

CRISTINA PEREZ LOPEZ        _Jose Magin L._ (signature)
**Interpreter Printed Name**       **Defendant Signature**

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2