FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>Defendant. | No. 4:19-MJ-07168-MKD-1<br><br>ORDER FOLLOWING<br>INITIAL APPEARANCE |

At Defendant's December 20, 2019, initial appearance based on a Criminal Complaint, Defendant appeared, in custody, with Assistant Federal Defender Benjamin Hernandez and assisted by federally certified Spanish interpreter Cristina Perez-Lopez. Assistant U.S. Attorney Stephanie Van Marter represented the United States. The proceedings were held by real-time video connection, with Judge Rodgers in Spokane, Washington and the parties in Yakima, Washington. Defendant consented to holding the proceedings by video.

Defendant was advised of, and acknowledged, his rights.

**Preliminary and detention hearings are set for <u>December 27, 2019 at 10:00 a.m.</u>** in Yakima, Washington before Judge Dimke. **IT IS ORDERED** pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the detention hearing and shall notify defense counsel prior to interviewing Defendant.

ORDER - 1

A **status hearing is set for <u>January 16, 2020, at 1:30 p.m.,</u>** in Richland, Washington before Judge Dimke.

**IT IS SO ORDERED.**

DATED December 20, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2