AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. MCAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:19-mj-07168-MKD |
| Jose Maria Lopez Orduno | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Maria Lopez Orduno,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) - Possession with Intent to Deliver 5 Grams or More of actual (pure) Methamphetamine

Date: 9:24 AM, Dec 20, 2019

Issuing officer's signature

City and state: Yakima, Washington
Richland (mkd)

Mary K. Dimke, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/20/19, and the person was arrested on *(date)* 12/20/19
at *(city and state)* Pasco, WA.

Date: 12/23/19

Arrested within the E/WA
By: FBI
(Agency)
Arresting officer's signature
Executed On: 12/20/19
Sign: Reagan K Davey, USMS
*Printed name and title*