1  Jeremy B. Sporn
2  Federal Defenders of Eastern Washington & Idaho
   306 E. Chestnut Ave.
3  Yakima, WA 98901
   (509) 248-8920
4
   Attorney for Defendant
5  Jose M. Lopez Orduno

6

7               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
8                 The Honorable Mary K. Dimke
9
10 United States of America,
                                    No.  4:19-MJ-7168-MKD
11                    Plaintiff,
                                    **Notice of Appearance**
12     v.

13 Jose M. Lopez Orduno,

14                    Defendant.

15

16      Please take notice that Jeremy B. Sporn of the Federal Defenders

17 of Eastern Washington and Idaho hereby enters his appearance as

18 counsel of record in this matter.  All future correspondence and court
19
   filings should be forwarded directly to the address listed above.
20
21 //

22 //
23
24 //

25

   Notice of Appearance:  1

Dated: December 26, 2019.

> By s/ Jeremy B. Sporn
> Jeremy B. Sporn
> 4779310, New York
> Federal Defenders of Eastern Washington and Idaho
> 306 East Chestnut Avenue
> Yakima, Washington 98901
> (509) 248-8920
> (509) 248-9118 fax
> Jeremy_Sporn@fd.org

### Certificate of Service

I hereby certify that on December 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

> s/ Jeremy B. Sporn
> Jeremy B. Sporn

Notice of Appearance: 2