FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>Defendant. | No. 4:19-MJ-07168-MKD-1<br><br>ORDER FOLLOWING PRELIMINARY HEARING |

On Friday, December 27, 2019, the Court conducted a preliminary hearing. The Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn and was assisted by federal court-certified interpreter Cristina Perez-Lopez. Assistant United States Attorney Michael Murphy represented the United States.

Officer John D'Aquila testified and was cross-examined. Argument was presented by both sides. For the reasons set forth on the record, the Court finds that probable cause exists to believe that the offense charged in the Complaint (ECF No. 1) was committed and to believe that the Defendant committed the offense.

ORDER FOLLOWING PRELIMINARY HEARING - 1

Accordingly, **IT IS ORDERED**:

1. The Court finds probable cause exists to believe the offense charged (ECF No. 1) has been committed and to believe that Defendant committed the offense.

DATED this December 27, 2019.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
