FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 7 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP

**DEFENDANT NAME: JOSE MARIA LOPEZ ORDUNO**
TOTAL NO. COUNTS: 3

VIO: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846
**Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. " 862 and 862a; and** *deportation*

VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
**Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 2)**

PENALTY: **CAG not less than 5 years and no more 40 years; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a**

VIO: 18 U.S.C. §§ 922(j) and 924(a)(2)
**Possession of Stolen Firearms (Count 3)**

PENALTY: **CAG not more than 10 years; and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment**

NOTICE OF FORFEITURE ALLEGATIONS

CASE NO.    4:20-CR-6002-SAB-1

AUSA INITIAL    SAV