1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:20-CR-6002-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine (Count 1) |
| JOSE MARIA LOPEZ ORDUNO, and ███████████████ | |
| Defendants. | |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 2) |
| | 18 U.S.C. §§ 922(j), and 924(a)(2) Possession of a Stolen Firearms (Count 3) |

INDICTMENT – 1

|   | |
|---|---|
| | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>(Count 4) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>18 U.S.C. § 2<br>Possession with the Intent to Distribute Fentanyl<br>(Count 5) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Criminal Forfeiture |

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by November 2019, and continuing until on or about January 7, 2020, in the Eastern District of Washington and elsewhere, the Defendants, JOSE MARIA LOPEZ ORDUNO, and ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense against the United States, to wit: possession with the intent to distribute and distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

INDICTMENT – 2

COUNT 2

On or about December 17, 2019, in the Eastern District of Washington, the Defendant, JOSE MARIA LOPEZ ORDUNO, did knowingly and intentionally possess with the intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

COUNT 3

On or about December 17, 2019, in the Eastern District of Washington, the Defendant, JOSE MARIA LOPEZ ORDUNO, knowingly possessed stolen firearms, to wit: a Glock 27 .40 caliber pistol, bearing serial number BELM827, and a Rock Island Armory 1911-A1FS .38 caliber pistol, bearing serial number RIA1246909, both of which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

COUNT 4

On or about December 18, 2019, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

COUNT 5

On or about December 18, 2019, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

INDICTMENT – 3

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846, Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, as set forth in Count 1 of this Indictment, the Defendants, JOSE MARIA LOPEZ ORDUNO, and ███████████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), including, but not limited to:

Firearms:
- a Ruger LCP .380 Cal Pistol S/N: 371578618; and
- a Colt Woodsman .22LR Pistol S/N: 98680 w/ magazine;

Firearm Accessories:
- a Palmetto Rifle Lower S/N: LW286012;
- one .223 30 round PMAG;
- three .22 Caliber pistol magazines;
- four .40 Caliber pistol magazines;
- three .9MM pistol magazines;
- one .380 pistol magazine;
- three unknown caliber pistol magazines; and,
- one unknown caliber rifle magazine w/ camouflage;

Ammunition:
- Nineteen (19) rounds of .40 caliber ammunition;
- Seventy-five (75) rounds of 9mm ammunition;

INDICTMENT – 4

- Two (2) rounds of .380 ammunition;
- Thirteen (13) rounds of .45 ammunition; and,
- Twenty-one (21) 12 gauge shotgun shells.

If any of the property described above, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

Dated this 7 day of January 2020.

A TRUE BILL

Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 5