# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
Yakima

**USA v. JOSE MARIA LOPEZ ORDUNO**      Case No.    **4:20-CR-6002-SAB-1**

Yakima Video Conference (MKD @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Arraignment on Indictment:**      **01/10/2020**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Earl Hicks, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Jeremy Sporn, Defense Atty |
| | | ☒ | Interpreter – Frank Barcelo |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of charging document | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that his true and correct name is: Jose Maria Lopez Orduno.
    "Not guilty" plea entered.
    Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.