FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>Defendant. | No. 4:20-CR-06002-SAB-1<br><br>ORDER FOLLOWING ARRAIGNMENT ON INDICTMENT |

On Friday, January 10, 2020, Defendant was arraigned based on the Indictment (ECF No. 19). Defendant appeared, in custody, with Assistant Federal Defender Jeremy Sporn and was assisted by federal court-certified interpreter Frank Barcelo. Assistant United States Attorney Earl Hicks represented the United States.

Defendant was advised of, and acknowledged the charges against him and the penalties he faces.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant pled not guilty.

ORDER FOLLOWING ARRAIGNMENT ON INDICTMENT - 1

The Court appointed counsel (ECF No. 7) and addressed detention (ECF No. 17) in previous orders.

The Court directs the parties to review the Local Criminal Rules governing discovery and other issues in this case. http://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders.

DATED this January 13, 2020.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING ARRAIGNMENT ON INDICTMENT - 2