Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
(509) 248-8920

Attorney for Defendant
Jose M. Lopez Orduno

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 4:20-CR-6002-SAB |
| v. | **Motion to Continue Trial and to Set a New Pretrial Conference and Related Trial Deadlines** |
| Jose M. Lopez Orduno, | |
| Defendant. | **Without Oral Argument** **February 6, 2020, 6:30 p.m.** |

The Defendant Jose M. Lopez Orduno hereby moves this Court to continue the trial in his case, and to set a new date for a pre-trial conference, and related deadlines, including pre-trial motions and expert disclosures. Mr. Orduno first appeared on a criminal complaint on December 20, 2019, after which the undersigned was assigned to represent him. An indicted was filed in this case on January 7, 2020. Mr. Orduno appeared for arraignment on January 10, 2020. Counsel

Motion to Continue and Set Deadline:  1

for Mr. Orduno received discovery on January 17, 2010.  On January 22, 2010, the Court issued an order setting a motions deadline of January 23, 2020, and scheduled a pre-trial conference for February 6, 2020, and a trial date of March 16, 2020.

Mr. Orduno, who is in custody following a detention hearing, acknowledges that any continuance would be excludable for purposes of the Speedy Trial Act, and a signed waiver of speedy trial rights will be filed forthwith.  Defense counsel has contacted Assistant U.S. Attorney Stephanie A. Van Marter regarding this motion, and the Government has no objection to the request.  The instant motion constitutes Mr. Orduno's first request for an adjournment.

The reason for the request is because more time is needed to continue reviewing discovery, to identify any further areas where disclosure is warranted, to review discovery that has not yet been produced, to discuss and review all such material with Mr. Orduno, to conduct any necessary investigation, to prepare potential motions to suppress as well as other possible motions, and to prepare for trial.  In addition, Mr. Orduno, who requires the assistance of an interpreter, also requires time to discuss with counsel the advisability of proceeding

Motion to Continue and Set Deadline:  2

1  to trial and motions practice.  All of these tasks will take a significant
2  amount of time, and cannot be accomplished along the current time
3  schedule.  More time is also needed to assess the import of Mr. Orduno's
4  co-defendant, her culpability, if any, and the need to sever a trial for
5  Mr. Orduno from her and any related counts.  If convicted of the
6  charged counts, Mr. Orduno faces a mandatory minimum of ten years'
7  imprisonment, thus warranting time and caution in our approach to
8  resolution and trial.

  Mr. Orduno therefore respectfully requests that the Court
continue the trial date to a date in July 2020, and set a new date for a
pre-trial conference perhaps in late-June 2020, and related deadlines,
including pre-trial motions and expert disclosures, accordingly.

Dated: February 3, 2020.

                              By s/ Jeremy B. Sporn
                                 Jeremy B. Sporn
                                 4779310, New York
                                 Federal Defenders of Eastern
                                 Washington and Idaho
                                 306 East Chestnut Avenue
                                 Yakima, Washington 98901
                                 (509) 248-8920
                                 Jeremy_sporn@fd.org

Motion to Continue and Set Deadline:  3

## Certificate of Service

I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Jeremy B. Sporn
Jeremy B. Sporn
