Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br><br>  v.<br><br>Jose M. Lopez Orduno,<br><br>                       Defendant. | No. 4:20-cr-6002-SAB<br><br>**Motion to Expedite Hearing**<br><br>**Without Oral Argument**<br>**February 6, 2020, 6:30 p.m.** |

     Jose M. Lopez Orduno hereby moves this court to consider on an expedited basis his separately-filed unopposed Motion to Continue Trial. Mr. Orduno respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a). The defense requests that the Court rules on an expedited basis. Further, defense counsel is scheduled to be in Richland on the date and time of the scheduled pre-trial conference, February 6, 2020.

Motion to Expedite: 1

Dated: February 3, 2020.

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Jeremy_Sporn@fd.org

## Certificate of Service

I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Jeremy B. Sporn
Jeremy B. Sporn