FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>               Defendant. | NO.  4:20-CR-6002-SAB-1<br><br>**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES** |

Before the Court is Motion to Continue Trial and to Set a New Pretrial Conference and Related Trial Deadlines, ECF No. 34, and associated Motion to Expedite, ECF No. 35. The motions were heard without oral argument and on an expedited basis.

Defendant argues that a continuance is warranted to allow time to further review discovery, some of which is forthcoming, and to prepare potential motions. Defendant submitted a signed speedy trial waiver. He further indicates the United States does not object to his motion. Accordingly, good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Continue Trial and to Set a New Pretrial Conference and Related Trial Deadlines, ECF No. 34, and associated Motion to Expedite, ECF No. 35, are **GRANTED.**

2.    The current trial date of March 16, 2020, is **STRICKEN** and **RESET**

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES ~ 1**

to **July 13, 2020**, at 9:00 a.m., commencing with a **final** pretrial conference at **8:30 a.m.** All hearings shall take place in **Yakima**, Washington.

3. The pretrial conference currently set for February 6, 2020, is **continued** to **June 17, 2020**, at **10:30 a.m.**, in **Yakima**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pre-trial conference**. Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than **seven (7) days prior to said proceeding**. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, the Defendant's signed Speedy Trial Waiver; (3) the position of opposing counsel; and (4) the proposed new date. Continuances are not granted absent good cause.

4. All pretrial motions shall be filed on or before **May 27, 2020**.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between March 16, 2020, the current trial date, until July 13, 2020, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

//
//
//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES ~ 2**

6.    Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **July 6, 2019**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 4th day of February 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL, TRIAL, AND EXTENDING DEADLINES ~ 3**