Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jose M. Lopez Orduno

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jose M. Lopez Orduno,<br><br>    Defendant. | No.  4:20-CR-6002-SAB<br><br>**Speedy Trial Waiver** |

  I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161.  I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from March 16, 2020 to July 6, 2019.  I understand the period of the continuance, from the date of the motion until the new trial date, will be excluded from computations of time for the purposes of the Speedy Trial Act, and agree with my lawyer for the need for the continuance sought.  We need more

Speedy Trial Waiver: 1

time so that my defense team can prepare any necessary motions, hire the appropriate personnel, conduct a fact investigation, look for witness and prepare for trial, and discuss all my options with me, including whether or not to proceed to trial.

_Jose Maria L._
Defendant
Date: 02/05/2020

_[signature]_
Counsel for Defendant
Date: 2/5/2020

Interpreted by: _[signature]_
Date: 02/05/2020
L. Faviola Gutierrez

Dated: February 5, 2020

By s/ Jeremy B. Sporn
Jeremy B. Sporn
4779310, New York
Attorneys for Jose M. Lopez Orduno
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Jeremy_Sporn@fd.org

Speedy Trial Waiver: 2

### Certificate of Service

I hereby certify that on ~~January 30,~~ February 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Jeremy B. Sporn<br>
Jeremy B. Sporn

Speedy Trial Waiver: 3