FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## PENALTY SLIP
## SUPERSEDING

DEFENDANT NAME: **JOSE MARIA LOPEZ ORDUNO**

TOTAL NO. COUNTS: 3

**VIO:** 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846
Conspiracy to Possess With Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine
(Count 1)

PENALTY: **CAG not less than 10 years nor more than life;**
and/or $10,000,000 fine;
not less than 5 years nor more than life supervised release;
a $100 special penalty assessment; and
denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:** 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine
(Count 2)

PENALTY: **CAG not less than 5 years and no more 40 years;**
and/or $5,000,000 fine;
not less than 4 years nor more than life supervised release;
a $100 special penalty assessment;
denial of Certain Federal Benefits pursuant to 21 U.S.C. §§ 862 and 862a

**VIO:** 18 U.S.C. §§ 922(j) and 924(a)(2)
**Possession of Stolen Firearms**
(Count 3)

PENALTY: **CAG not more than 10 years;**
and/or $250,000 fine;
not more than 3 years supervised release;
a $100 special penalty assessment

**Notice of Criminal Forfeiture Allegations:**
**21 U.S.C. § 853 and 28 U.S.C. § 2461(c)**

CASE
NO.  4:20-CR-6002-SAB-1

AUSA
INITIAL _____SAV_____