FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 4:20-CR-06002-SAB-1 |
| Plaintiff, | MOTION TO SEAL SUPERSEDING INDICTMENT |
| v. | |
| JOSE MARIA LOPEZ ORDUNO, | **Filed Under Seal** |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order

//
//
//
//
//

MOTION TO SEAL INDICTMENT - 1

sealing the Indictment until further order of the Court or until Defendant's arraignment, whichever comes first.

Dated: March 17, 2020.

William D. Hyslop
United States Attorney

*Stephanie Van Marter* (signature)

Stephanie A. Van Marter
Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 2