FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>Defendant. | No.: 4:20-CR-06002-SAB-1<br><br>Order To Seal Superseding Indictment<br><br>**Filed Under Seal** |

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arraignment, whichever comes first.

DATED this 17th day of March, 2020.

_____
John T. Rodgers
United States Magistrate Judge