FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>              Defendant. | NO. 4:20-CR-6002-SAB-1<br><br>**ORDER SETTING TRIAL IN RICHLAND, WASHINGTON** |

The trial in the above-captioned case was set for Yakima, Washington. This was in error. Instead, the trial should be set in Richland, Washington.

Accordingly, **IT IS HEREBY ORDERED:**

1. The July 13, 2020 trial shall take place in **Richland**, Washington.

2. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **July 6, 20<u>20</u>**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 25th day of March 2020.



Stanley A. Bastian
United States District Judge

**ORDER SETTING TRIAL IN RICHLAND, WASHINGTON ~ 1**