Jeremy B. Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>    v.<br><br>Jose M. Lopez Orduno,<br><br>                              Defendant. | No.  4:20-cr-6002-SAB-1<br><br>**Motion to Expedite Hearing**<br><br>**With Oral Argument**<br>**April 14, 2020, 2:30 p.m.** |

    Jose M. Lopez Orduno hereby moves this court to consider on an expedited basis his separately-filed Motion for release from detention.  Mr. Orduno respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a).  The defense requests that the Court rules on an expedited basis for the time-sensitive reasons discussed in the underlying motion for release.  Counsel for the government has been contacted and is available to appear for a video conference on the date indicated.

Motion to Expedite:  1

Dated: April 6, 2020.

                    By s/ Jeremy B. Sporn
                        Jeremy B. Sporn
                        4779310, New York
                        Federal Defenders of Eastern
                        Washington and Idaho
                        306 East Chestnut Avenue
                        Yakima, Washington 98901
                        (509) 248-8920
                        Jeremy_Sporn@fd.org

## Certificate of Service

I hereby certify that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

                        s/ Jeremy B. Sporn
                        Jeremy B. Sporn

Motion to Expedite: 2