1

2

3

Jeremy Sporn
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

4

5

Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

6

7

8

9

10

11

12

13

| United States of America, | |
| Plaintiff, | No.  4:20-CR-6002-SAB-1 |
| v. | **Notice of Certification** |
| Jose M. Lopez Orduno, | |
| Defendant. | |

14

15

16

17

Please take notice that undersigned counsel mailed copies of the following documents to the defendant, on April 8, 2020.  Counsel mailed the documents due to current restrictions on social contacts.

18

Redacted Superseding Indictment

19

Penalty Slip - Superseding

20

21

22

Dated:  April 14, 2020

23

24

25

Notice of Certification:  1

1

2                                                      By s/ Jeremy B. Sporn
                                                          Jeremy B. Sporn
3                                                         4779310, New York
                                                          Federal Defenders of Eastern
4                                                         Washington and Idaho
                                                          306 East Chestnut Avenue
5                                                         Yakima, Washington 98901
                                                          (509) 248-8920
6                                                         (509) 248-9118 fax
                                                          Jeremy_Sporn@fd.org
7

8

9
                                        **Certificate of Service**
10

11          I hereby certify that on April 14, 2020, I electronically filed the foregoing with

12   the Clerk of the Court using the CM/ECF System, which will send notification of such

13   filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

14
                                                          s/ Jeremy B. Sporn
15                                                        Jeremy B. Sporn

16

17

18

19

20

21

22

23

24

25

Notice of Certification:  2