# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke

| | |
|---|---|
| USA v. JOSE MARIA LOPEZ ORDUNO | Case No.  4:20-CR-6002-SAB-1 |

**Arraignment on Superseding Indictment:**         04/14/2020
**Motion for Release from Detention (ECF No. 83):**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty [S-Video] |
| ☐ | Pam Howard, Courtroom Deputy [Y] | ☒ | Jeremy Sporn, Defense Atty [Y-Video] |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer [Tele] | ☒ | Interpreter – Cristina Perez Lopez [R] |
| ☒ | Defendant present ☒ in custody, appearing by video from BCJ. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant was sent copy of charging document via USPS. | | |
| ☒ | Defendant waived reading of charging document | | |
| ☐ | Charging document read in open court | | |

## REMARKS

The Defendant agreed to appear via video conference from the Benton County Jail.

**Arraignment:**
Defendant states he has not received the charging documents.
Defense counsel informed the court he mailed them on April 8th to the Benton County Jail and filed a notice of certification today.
Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that their true and correct name is: Jose Maria Lopez Orduno.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

**Motion for Release from Detention:**
Defense counsel argued why the Defendant should be released.  New release address in Pasco in which the defendant will be living with his cousin and family. The Covid-19 virus and update with current numbers and deaths. Releasing the defendant would minimize the risk of him getting Covid-19.

Colloquy between court and counsel re USA allegations and proceeding forward today.

Defense counsel continues argument regarding Defendant's release.

USA argued why the Court should not reopen detention and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

**The Court ordered:**
1. Defendant's Motion for Release from Detention is **denied**.
2. Defendant's Motion to Expedite is **granted.**
3. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.