FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA LOPEZ ORDUNO,<br><br>Defendant. | NO.  4:20-CR-06002-SAB-1<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING** |

Before the Court is Defendant's Motion To Continue Sentencing, ECF No. 300, and related Motion to Expedite. ECF No. 301. These motions were heard without oral argument. Defendant is represented by Jeremy Sporn. The United States is represented by Stephanie Van Marter.

Defendant Orduno asks that his sentencing hearing be continued to allow him to adequately prepare for the sentencing hearing. He indicates the United States does not oppose his request. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion To Continue Sentencing, ECF No. 300, is **GRANTED**.

2.    Defendant's Motion to Expedite, ECF No. 301, is **GRANTED.**

3.    The sentencing hearing set for May 12, 2021 is continued to **August 18, 2021**, at **2:30 p.m**., in **Yakima**, Washington.

//

//

**ORDER GRANTING MOTION TO CONTINUE SENTENCING** ~ 1

4.      The deadlines set forth in ECF No. 259 are adjusted according to the new sentencing hearing date.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and U.S. Probation.

**DATED** this 22nd day of April 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO CONTINUE SENTENCING ~ 2**